.UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                  Chapter 7

LISA ROBIN GOLDBERG,                                Case No. 21-20657-BKC-MAM

    Debtor.
_____/

### NOTICE OF OMITTED CREDITORS' WITHDRAWAL WITHOUT PREJUDICE OF [DE #24] MOTION FOR RELIEF FROM DISCHARGE INJUNCTION AND [DE #27] MOTION TO REOPEN CASE

    Omitted creditors, BODY DETAILS BOCA RATON LLC., a Florida Limited Liability Company, and BODY DETAILS LLC., a Delaware Limited Liability Company, (together called "Movants") through their undersigned counsel, give notice that - based upon this Court stating[1] at the September 7, 2022 @ 10:30 a.m. hearing that Movants are already "*not bound by the automatic stay*" by operation of 11 U.S.C. §523(a)(3)(B), and further asking the undesigned to file a notice of withdrawal - Movants hereby give notice of withdrawal of [DE #24] "OMITTED CREDITORS' (I) MOTION FOR RELIEF FROM DISCHARGE INJUNCTION, (II) TO COMPEL DEBTOR'S COMPLIANCE WITH LOCAL RULE 5010-1(B), AND (III) MOTION TO TRANSFER CASE(S) TO BANKRUPTCY COURT," and, [DE# 27] "MOTION TO REOPEN CASE."

    Dated: October 4, 2022

                                                Respectfully submitted,

                                                By: */s/ James "Jim" R. Dunn*
                                                James "Jim" R. Dunn, Esq.
                                                FBN: 40950
                                                James R. Dunn, P.A
                                                200 SE 6th Street Ste 402
                                                Fort Lauderdale FL 33301
                                                Phone: 954-684-3535
                                                James@AttorneyJamesDunn.com

---

[1] With the Trustee, Michael Bakst, agreeing and stating that Movants "*could pursue the matter as to the debtor.*" See, transcript of 9/7/22 hearing, [DE# 37].

1

*Attorney for Creditor Body Details Boca Raton, LLC., and,*
*Body Details, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2022, the foregoing document is being served this day on all counsel of record or pro se identified on the attached Service List in the matter specified, either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties or counsel who are not authorized to receive notices electronically of filing.

By: /s/James R. Dunn
James R. Dunn, Esq

Service List for Case No. 1:19-cv-23770-FAM

Attorney for BODY DETAILS LLC, and,
BODY DETAILS BOCA RATON, LLC
James R. Dunn, P.A
James "Jim" R. Dunn, Esq.
151 NE 16 AVE
SUITE 1
Fort Lauderdale FL 33301
Telephone: (954) 684-3535
James@AttorneyJamesDunn.com

Attorney for Debtor
LISA ROBIN GOLDBERG
Ryan E. Loyacano, Esq.
Southeast Bankruptcy, LLC
603 Village Blvd Ste 210
West Palm Beach, FL 33409-1972
Office: 561-335-1555
Email: ryan@southeastbankruptcy.com

Debtor Lisa Goldberg
301 Gulfstream Drive
Delray Beach, FL 33444

Lisa Goldberg
8323 Boca Glades BLVD
Boca Raton FL 33434
As well as via email to
lisagoldberg75@icloud.com
pariahluv@gmail.com